MARGARET B. EDSON, as Executrix of MARMONT B. EDSON, Deceased, Appellant, *v.* JOHN E. PARSONS et al., as Executors of the Will of MARY A. EDSON, Deceased, and Individually, et al., Respondents, Impleaded with JARVIS B. EDSON.

(Submitted June 6, 1898; decided June 14, 1898.

Motion to amend remittitur granted so as to read : "Costs to all parties appearing by separate attorneys in this court to be paid by the plaintiff, appellant." (See 155 N. Y. 555.)

---

THE CENTRAL NATIONAL BANK OF BOSTON et al., Appellants, *v.* AARON R. STEVENS et al., Respondents.

(Submitted June 13, 1898; decided June 14, 1898.)

MOTION to amend remittitur. (See 144 N. Y. 50.)

Ordered : That the mandate of the Supreme Court of the United States in this case be annexed to the remittitur herein and the proceedings thereupon be remanded to the Supreme Court of the State of New York to proceed upon the said remittitur and to render judgment herein in conformity to the said mandate and opinions referred to therein, without costs in this court.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES J. ROONEY, Respondent, *v.* JOHN LAWLER et al., Constituting the Board of Police Commissioners of Long Island City, Appellants.

*People ex rel. Rooney* v. *Lawler*, 18 App. Div. 630, affirmed.
(Argued June 6, 1898; decided June 21, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 29, 1897, affirming an order of Special Term granting a peremptory writ of mandamus directing the appellants to reinstate the relator as patrolman and to certify his salary from January 1, 1896.

*Almet F. Jenks* for appellants.

*Henry A. Monfort* for respondent.

Order affirmed, with costs ; no opinion.
All concur.